UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID T. TOUCHTON, et al.,

    Plaintiffs,

    v.

FIDELITY NATION PROPERTY &
CASUALTY INSURANCE CO.,

    Defendant.
_____/

CIVIL ACTION NO. 10-12965

MAGISTRATE JUDGE MARK A. RANDON

## ORDER ESTABLISHING TRIAL SCHEDULE

The Court, having held a Final Pretrial Conference on August 10, 2012, hereby establishes the following schedule for trial. All motions in limine must be filed on or before **September 13, 2012**, with responses to such motions due by **September 27, 2012**. The Court will hold a hearing on any motions in limine on **October 4, 2012 at 10:00 a.m.**

A bench trial in this matter is scheduled for **October 29, 2012 – November 2, 2012**. Counsel for Plaintiffs and Defendant are directed to submit, separately, written Proposed Findings of Fact and Conclusions of Law to the Court on the first day of trial.

**SO ORDERED.**

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated:     August 22, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 22, 2012 by electronic and/or ordinary mail.*

                                            *s/Melody Miles*
                                            *Case Manager to Magistrate Judge Mark A. Randon*
                                            (313) 234-5540